IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARYANN NAPOLI, | : | |
| | : | |
| Plaintiff | : | CIVIL No. 3:13-CV-01815 |
| | : | |
| vs. | : | Hon. John E. Jones III |
| | : | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | : : : | |
| | : | |
| Defendant | : | |

**ORDER**

June 20, 2014

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Maryann Napoli as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Maryann Napoli disability insurance benefits is affirmed.

3. The Clerk of Court shall close this case.

s/ John E. Jones III
John E. Jones III
United States District Judge